1 | Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
2 | Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
3 | Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
4 | Anna T. Lee (SBN 244961)
anna.lee @wilmerhale.com
5 | WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
6 | Palo Alto, California 94304
Telephone:  (650) 858-6000
7 | Facsimile:  (650) 858-6101

8 | Attorneys for Defendants
PALM, INC. and
9 | HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADC TECHNOLOGY, INC. | Case No. 3:11-cv-02136-EMC |
| Plaintiff, | **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** ORDER |
| v. | **Civil L.R. 7-12** |
| PALM, INC., and HEWLETT-PACKARD COMPANY | |
| Defendants. | |

1    The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm,
2 Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting
3 that the Court continue the Case Management Conference previously scheduled in this action for
4 May 18, 2012 to a date in September 2012, or an alternative future date that is convenient to the
5 Court.  Good cause exists for this continuance, as set forth below:

- This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S. Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361 (the "'361 patent") (collectively, the "patents-in-suit").
- In mid-2011, pursuant to a third-party request, the United States Patent and Trademark Office ("PTO") ordered reexamination of each of the three patents-in-suit.
- In July 2011, defendant Palm filed a stipulated motion to stay this case pending final determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)
- On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his action is stayed pending final determination of the reexamination of the patents-in-suit" by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In addition, the Court set a case management conference for May 11, 2012, which was subsequently re-set for May 18, 2012.  (*Id.*)
- There has not yet been a final determination of the reexamination of all of the patents-in-suit.  Although the PTO has issued a reexamination certificate for one of the patents in suit (the '136 patent), the reexamination on the other two patents-in-suit (the '605 and '361 patents) remains ongoing.
- The parties presently agree that this action should remain stayed pending a final determination of the reexamination of at least the '361 patent.

- 2 -

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for May 18 be continued to a date in September 2012, or an alternative future date that is convenient to the Court.

Dated: May 8, 2012        /s/ Nathan L. Walker

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
Anna T. Lee (SBN 244961)
anna.lee @wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

Dated: May 8, 2012        /s/ Richard B. Megley, Jr.

Raymond P. Niro (*pro hac vice*)
Dean D. Niro (*pro hac vice*)
Patrick F. Solon (*pro hac vice*)
Richard B. Megley, Jr. (*pro hac vice*)
Joseph A. Culig (*pro hac vice*)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Martin L. Fineman, (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ATTORNEYS for Plaintiff
ADC TECHNOLOGY, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  The Case Management Conference previously set for May 18, 2012 at 9:00 a.m. is hereby

3  continued to September __28__, 2012 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate

4  Avenue, San Francisco, California.   A joint CMC Statement shall be filed by September 21, 2012.

6  Dated: May __10__, 2012



- 4 -
Joint Stipulation Requesting Continuance of Case Management Conference
Case No. 3:11-cv-02136-EMC

- 5 -

## SIGNATURE ATTESTATION

I, Anna Lee, hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 8, 2012, in Palo Alto, California.

By: ____/s/ Anna Lee_____
        Anna Lee