1  Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
2  Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
3  Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
4  Anna T. Lee (SBN 244961)
anna.lee @wilmerhale.com
5  WILMER CUTLER PICKERING
     HALE AND DORR LLP
6  950 Page Mill Road
Palo Alto, California 94304
7  Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101
8
Attorneys for Defendants
9  PALM, INC. and
HEWLETT-PACKARD COMPANY
10

11
**UNITED STATES DISTRICT COURT**
12 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
13

14  ADC TECHNOLOGY, INC.                  )    Case No. 3:11-cv-02136-EMC
                                         )
15              Plaintiff,               )    **JOINT STIPULATION REQUESTING**
                                         )    **CONTINUANCE OF CASE**
16         v.                            )    **MANAGEMENT CONFERENCE**   ; ORDER
                                         )
17  PALM, INC., and                      )    **Civil L.R. 7-12**
    HEWLETT-PACKARD COMPANY              )
18                                       )
              Defendants.               )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22  _____  )

23

24

25

26

27

28

Joint Stipulation Requesting Continuance of Case Management Conference

Case No. 3:11-cv-02136-EMC

1   The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm,

2 Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting

3 that the Court continue the Case Management Conference previously scheduled in this action for

4 September 28, 2012 to a date in January 2013, or an alternative future date that is convenient to the

5 Court.

6   Good cause exists for this requested continuance of the Case Management Conference, since

7 (a) this action is presently stayed pending reexamination of the patents-in-suit by the United States

8 Patent and Trademark Office ("PTO") and (b) there has not yet been a final determination of the

9 reexamination of the patents-in-suit, as set forth below:

10   ▪ This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S.

11    Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361

12    (the "'361 patent") (collectively, the "patents-in-suit").

13   ▪ In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of

14    the three patents-in-suit.

15   ▪ In July 2011, defendant Palm filed a stipulated motion to stay this case pending final

16    determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket

17    No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)

18   ▪ On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his

19    action is stayed pending final determination of the reexamination of the patents-in-suit"

20    by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise

21    the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In

22    addition, the Court set a case management conference for May 11, 2012, which was

23    subsequently re-set for May 18, 2012.  (*Id.*)

24   ▪ In May 2012, defendant Palm and plaintiff ADC filed a joint stipulation requesting

25    continuance of the case management conference until a date in September 2012, noting

26    that there has not yet been a final determination of the reexamination of all of the patents-

27    in-suit and indicating agreement that a continued stay in this action was appropriate.  (*See*

28

- 2 -

1    Docket No. 72.)  The Court thereafter granted the joint stipulation and re-set the case

2    management conference for September 28, 2012.  (*See* Docket No. 73.)

3    ▪ There has not yet been a final determination of the reexamination of all of the patents-in-

4      suit.  The reexamination proceeding on the '605 and '361 patents remain ongoing.  And

5      although the PTO issued a reexamination certificate for the '136 patent earlier this year,

6      the PTO has thereafter initiated another reexamination proceeding on that patent that

7      remains ongoing.

8    ▪ The parties presently agree that (a) this action should remain stayed pending a final

9      determination of the reexamination of the patents-in-suit and (b) the Case Management

10     Conference should be continued to a date in January 2013, or an alternative future date

11     that is convenient to the Court.  The parties further agree that if any of the reexaminations

12     are completed before the rescheduled Case Management Conference, either party may

13     file a motion to have the stay lifted, and the other party may oppose the motion.

14   In view of the foregoing, the parties respectfully request that the Case Management

15   Conference previously set for September 28, 2012 be continued to a date in January 2013, or an

16   alternative future date that is convenient to the Court.

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Joint Stipulation Requesting Continuance of Case Management Conference
Case No. 3:11-cv-02136-EMC

1  Dated: September 14, 2012                          /s/ Nathan L. Walker

2                                             Mark D. Flanagan (SBN 130303)
                                             mark.flanagan@wilmerhale.com
3                                             Nathan L. Walker (SBN 206128)
                                             nathan.walker @wilmerhale.com
4                                             Christine Duh (SBN 228544)
                                             christine.duh@wilmerhale.com
5                                             Anna T. Lee (SBN 244961)
                                             anna.lee @wilmerhale.com
6                                             WILMER CUTLER PICKERING HALE AND
                                             DORR LLP
7                                             950 Page Mill Road
                                             Palo Alto, California 94304
8                                             Telephone:  (650) 858-6000
                                             Facsimile:  (650) 858-6101
9
                                             Attorneys for Defendants
10                                            PALM, INC. and
                                             HEWLETT-PACKARD COMPANY
11

12

13 Dated: September 14, 2012                          /s/ Richard B. Megley, Jr.

14                                            Raymond P. Niro (*pro hac vice*)
                                             Dean D. Niro (*pro hac vice*)
15                                            Patrick F. Solon (*pro hac vice*)
                                             Richard B. Megley, Jr. (*pro hac vice*)
16                                            Joseph A. Culig (*pro hac vice*)
                                             NIRO, HALLER & NIRO
17                                            181 West Madison, Suite 4600
                                             Chicago, Illinois  60602
18                                            Telephone:  (312) 236-0733
                                             Facsimile:  (312) 236-3137

19                                            Martin L. Fineman, (SBN 104413)
                                             DAVIS WRIGHT TREMAINE LLP
20                                            505 Montgomery St., Suite 800
                                             San Francisco, California 94111-6533
21                                            Telephone: (415) 276-6500
                                             Facsimile: (415) 276-6599
22
                                             ATTORNEYS for Plaintiff
23                                            ADC TECHNOLOGY, INC.

24

25

26

27

28
                                             - 4 -

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2          The Case Management Conference previously set for September 28, 2012 at 9:00 a.m. is

3    hereby continued to January $\underset{25}{\rule{1.5em}{0.4pt}}$, 2013 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate

4    Avenue, San Francisco, California.  A joint CMC Statement shall be filed by January $\underset{18}{\rule{1.5em}{0.4pt}}$, 2013.

5

6    Dated: September $\underset{18}{\rule{1.5em}{0.4pt}}$, 2012

7                                                        _____



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation Requesting Continuance of Case Management Conference
Case No. 3:11-cv-02136-EMC

1

**SIGNATURE ATTESTATION**

2

I, Nathan L. Walker, hereby attest pursuant to General Order 45.X.B. that concurrence in the

3

electronic filing of this document has been obtained from the other signatories.  I declare under

4

penalty of perjury under the laws of the United States that the foregoing is true and correct.

5

Executed on September 14, 2012, in Palo Alto, California.

6

By: _____/s/ Nathan L.  Walker_____
     Nathan L. Walker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

ActiveUS 100992990v.1