Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
Anna T. Lee (SBN 244961)
anna.lee @wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADC TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PALM, INC., and )<br>HEWLETT-PACKARD COMPANY )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | Case No. 3:11-cv-02136-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MAY 16, 2013 CASE MANAGEMENT CONFERENCE**<br><br>**Civil L.R. 7-12** |

The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm, Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting that the Court continue the Case Management Conference previously scheduled in this action for May 16, 2013 to a date in September 2013, or an alternative future date that is convenient to the Court.

Good cause exists for this requested continuance of the Case Management Conference, since (a) this action is presently stayed pending reexamination of the patents-in-suit by the United States Patent and Trademark Office ("PTO") and (b) there has not yet been a final determination of the reexamination of the patents-in-suit, as set forth below:

- This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S. Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361 (the "'361 patent") (collectively, the "patents-in-suit").

- In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of the three patents-in-suit.

- In July 2011, defendant Palm filed a stipulated motion to stay this case pending final determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)

- On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his action is stayed pending final determination of the reexamination of the patents-in-suit" by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In addition, the Court set a case management conference for May 11, 2012, which was subsequently re-set for May 18, 2012.  (*Id.*)

- In May and September 2012 and in January 2013, defendant Palm and plaintiff ADC filed stipulations requesting continuance of the case management conference, noting that there has not yet been a final determination of the reexamination of all of the patents-in-suit and indicating agreement that a continued stay in this action was appropriate.  (*See*

1 Docket Nos. 72, 74, 77.)  The Court granted the stipulated requests and re-set the case
2 management conference, which is currently set for May 16, 2013.  (*See* Docket No. 73,
3 75, 78.)

- To date, there has not yet been a final determination of the reexamination of all of the patents-in-suit.  Although the PTO issued a reexamination certificate for the '136 patent in December 2011, the reexamination proceedings that the PTO initiated in mid-2011 on the '605 and '361 patents remain ongoing.  And in addition to the reexamination proceedings initiated by the PTO in mid-2011, the PTO has initiated additional reexamination proceedings on the '136, '361, and '605 patents in July, November, and December 2012, respectively.  Reexamination proceedings for all of the patents-in-suit thus remain ongoing.

- The parties presently agree that (a) this action should remain stayed pending a final determination of the reexamination of the patents-in-suit and (b) the Case Management Conference should be continued to a date in September 2013, or an alternative future date that is convenient to the Court.  The parties further agree that if any of the reexaminations are completed before the rescheduled Case Management Conference, either party may file a motion to have the stay lifted, and the other party may oppose the motion.

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for May 16, 2013 be continued to a date in September 2013, or an alternative future date that is convenient to the Court.

| | |
|---|---|
| Dated: May 7, 2013 | /s/ Nathan L. Walker |
| | Mark D. Flanagan (SBN 130303) |
| | mark.flanagan@wilmerhale.com |
| | Nathan L. Walker (SBN 206128) |
| | nathan.walker @wilmerhale.com |
| | Christine Duh (SBN 228544) |
| | christine.duh@wilmerhale.com |
| | Anna T. Lee (SBN 244961) |
| | anna.lee @wilmerhale.com |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6101 |
| | |
| | Attorneys for Defendants |
| | PALM, INC. and |
| | HEWLETT-PACKARD COMPANY |
| | |
| Dated: May 7, 2013 | /s/ Richad B. Megley, Jr. |
| | Raymond P. Niro (*pro hac vice*) |
| | Dean D. Niro (*pro hac vice*) |
| | Patrick F. Solon (*pro hac vice*) |
| | Richard B. Megley, Jr. (*pro hac vice*) |
| | Joseph A. Culig (*pro hac vice*) |
| | NIRO, HALLER & NIRO |
| | 181 West Madison, Suite 4600 |
| | Chicago, Illinois  60602 |
| | Telephone:  (312) 236-0733 |
| | Facsimile:  (312) 236-3137 |
| | |
| | Martin L. Fineman, (SBN 104413) |
| | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery St., Suite 800 |
| | San Francisco, California 94111-6533 |
| | Telephone: (415) 276-6500 |
| | Facsimile: (415) 276-6599 |
| | |
| | ATTORNEYS for Plaintiff |
| | ADC TECHNOLOGY, INC. |

- 4 –

Case No. 3:11-cv-02136-EMC          Joint Stipulation And [Proposed] Order Regarding Continuance
                                               Of May 16, 2013 Case Management Conference

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  The Case Management Conference previously set for May 16, 2013 at 9:00 a.m. is hereby
3  continued to September 12, 2013 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate
4  Avenue, San Francisco, California. A joint CMC Statement shall be filed by September 5, 2013.

6  Dated: May 13, 2013



HON. EDWARD M. CHEN
United States District Judge

- 5 –
Case No. 3:11-cv-02136-EMC                Joint Stipulation And [Proposed] Order Regarding Continuance
                                                        Of May 16, 2013 Case Management Conference

## SIGNATURE ATTESTATION

I, Nathan L. Walker, hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 7, 2013, in Palo Alto, California.

By  /s/  Nathan L. Walker
      Nathan L. Walker

- 6 –

Case No. 3:11-cv-02136-EMC      Joint Stipulation And [Proposed] Order Regarding Continuance Of May 16, 2013 Case Management Conference