MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO *(Admitted Pro Hac Vice)*
DEAN D. NIRO *(Admitted Pro Hac Vice)*
PATRICK F. SOLON *(Admitted Pro Hac Vice)*
RICHARD B. MEGLEY, JR. *(Admitted Pro Hac Vice)*
JOSEPH A. CULIG *(Admitted Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Facsimile:  (312) 236-3137
Email: rniro@nshn.com
Email: dniro@nshn.com
Email: solon@nshn.com
Email: megleyjr@nshn.com
Email: culig@nshn.com

Attorneys for Plaintiff
ADC TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADC TECHNOLOGY, INC. ) | Case No. 3:11-cv-02136-EMC |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION AND [PROPOSED]** |
| ) | **ORDER REGARDING CONTINUANCE** |
| v. ) | **OF SEPTEMBER 19, 2013 CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| PALM, INC., and ) | |
| HEWLETT-PACKARD COMPANY ) | **Civil L.R. 7-12** |
| ) | |
| Defendants. ) | |

The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm, Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting that the Court continue the Case Management Conference previously scheduled in this action for September 19, 2013 to a date in November 2013, or an alternative future date that is convenient to the Court.

Good cause exists for this requested continuance of the Case Management Conference, as set forth below:

- This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S. Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361 (the "'361 patent") (collectively, the "patents-in-suit").
- In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of the three patents-in-suit.
- In July 2011, defendant Palm filed a stipulated motion to stay this case pending final determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)
- On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his action is stayed pending final determination of the reexamination of the patents-in-suit" by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In addition, the Court set a case management conference for May 11, 2012, which was subsequently re-set for May 18, 2012.  (*Id.*)
- In May and September, 2012 and in January and May, 2013, defendant Palm and plaintiff ADC filed stipulations requesting continuance of the case management conference, noting that there has not yet been a final determination of the reexamination of all of the patents-in-suit and indicating agreement that a continued stay in this action was appropriate.  (*See Docket Nos. 72, 74, 77.*)  The Court granted the stipulated requests and

re-set the case management conference, which is currently set for September 19, 2013. (*See Docket No. 73, 75, 78, 81.*)

- To date, there has not yet been a final determination of the reexamination of all of the patents-in-suit.  Although the PTO has issued a reexamination certificate for the '136 patent in December 2011, the reexamination proceedings that the PTO initiated in mid-2011 on the '605 and '361 patents remain ongoing.  The PTO had initiated additional reexamination proceedings on the '136, '361, and '605 patents in July, November, and December 2012, respectively.  However, ADC represents that all of those additional reexamination proceedings are in the process of being dismissed and, upon dismissal, there will be no reexaminations proceedings pending with respect to the '136 patent.

- Recently, ADC and Palm have engaged in more serious discussions in order to try and resolve the dispute.  The parties believe they need additional time to fully exhaust reasonable efforts to settle the case.

- The parties presently agree that the Case Management Conference should be continued to a date in November 2013, or an alternative future date that is convenient to the Court in view of the pending reexaminations on the '605 and '361 patents and to allow the parties some brief additional time to try and settle the case without burdening the Court.  The parties further agree that if any of the reexaminations are completed before the rescheduled Case Management Conference, either party may file a motion to have the stay lifted, and the other party may oppose the motion.

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for September 19, 2013, be continued to a date in November 2013, or an alternative future date that is convenient to the Court.

| | |
|---|---|
| Dated: September 10, 2013 | /s/   Nathan Walker (*with permission*) |

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

| | |
|---|---|
| Dated: September 10, 2013 | /s/   Richard B. Megley, Jr. |

Raymond P. Niro (*pro hac vice)*
Dean D. Niro (*pro hac vice)*
Patrick F. Solon (*pro hac vice)*
Richard B. Megley, Jr. (*pro hac vice)*
Joseph A. Culig (*pro hac vice)*
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Martin L. Fineman, (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ATTORNEYS for Plaintiff
ADC TECHNOLOGY, INC.

- 4 -
Joint Stipulation And [Proposed] Order Regarding Continuance of September 19, 2013 Case Management Conference
Case No. 3:11-cv-02136-EMC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  The Case Management Conference previously set for September 19, 2013 at 9:00 a.m. is
hereby continued to ~~November __~~, 2013 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate

(handwritten: December 5, 2013)

4  Avenue, San Francisco, California.

6  Dated: September __, 2013 (handwritten: 10)



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 5 -
Joint Stipulation And [Proposed] Order Regarding Continuance of September 19, 2013 Case Management Conference
Case No. 3:11-cv-02136-EMC

## SIGNATURE ATTESTATION

I, Richard B. Megley, Jr., hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2013, in Chicago, Illinois.

By: /s/Richard B. Megley, Jr.
Richard B. Megley, Jr.