MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO *(Admitted Pro Hac Vice)*
DEAN D. NIRO *(Admitted Pro Hac Vice)*
PATRICK F. SOLON *(Admitted Pro Hac Vice)*
RICHARD B. MEGLEY, JR. *(Admitted Pro Hac Vice)*
JOSEPH A. CULIG *(Admitted Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Facsimile:  (312) 236-3137
Email: rniro@nshn.com
Email: dniro@nshn.com
Email: solon@nshn.com
Email: megleyjr@nshn.com
Email: culig@nshn.com

Attorneys for Plaintiff
ADC TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADC TECHNOLOGY, INC. | Case No. 3:11-cv-02136-EMC |
| Plaintiff, | **JOINT STIPULATION AND [PR~~OPO~~SED] ORDER REGARDING CONTINUANCE OF MARCH 27, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| PALM, INC., and HEWLETT-PACKARD COMPANY | **Civil L.R. 7-12** |
| Defendants. | |

The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm, Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting that the Court continue the Case Management Conference previously scheduled in this action for March 27, 2014 to a date in May, 2014, or an alternative future date that is convenient to the Court.

Good cause exists for this requested continuance of the Case Management Conference, as set forth below:

- This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S. Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361 (the "'361 patent") (collectively, the "patents-in-suit").
- In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of the three patents-in-suit.
- In July 2011, defendant Palm filed a stipulated motion to stay this case pending final determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)
- On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his action is stayed pending final determination of the reexamination of the patents-in-suit" by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In addition, the Court set a case management conference for May 11, 2012, which was subsequently re-set for May 18, 2012.  (*Id.*)
- In May and September, 2012 and in January, May, September, and December, 2013, defendant Palm and plaintiff ADC filed stipulations requesting continuance of the case management conference, noting that there has not yet been a final determination of the reexamination of all of the patents-in-suit and indicating agreement that a continued stay in this action was appropriate.  (*See* Docket Nos. 72, 74, 77, 82, 85.)  The Court granted

- 2 -

- the stipulated requests and re-set the case management conference, which is currently set for March 27, 2014.  (*See* Docket Nos. 73, 75, 78, 81, 83, 84, 86.)
- To date, there has not yet been a final determination of the reexamination of all of the patents-in-suit.  Although the PTO issued a reexamination certificates for the '136, '361, and '605 patents in December 2011 and September 2013, the PTO initiated additional reexamination proceedings on the '136, '361, and '605 patents in July, November, and December 2012, respectively.  ADC represents that it is still in the process of dismissing before the PTO all of these additional reexamination proceedings and that, upon dismissal, there will be no reexaminations proceedings pending with respect to the '136 patent.  In March, 2014, ADC submitted new petitions to terminate the reexaminations which ADC expects to be granted within the next month.
- ADC and Palm have continued to engage in more serious discussions in order to try and resolve the dispute.  However, the pendency of the reexaminations has hampered the parties' efforts to resolve the case.  The parties believe they need additional time to fully exhaust reasonable efforts to settle the case.
- The parties presently agree that the Case Management Conference should be continued to a date in May 2014, or an alternative future date that is convenient to the Court in view of the pending reexaminations and to allow the parties some brief additional time to try and settle the case without burdening the Court.  The parties further agree that if any of the reexaminations are completed before the rescheduled Case Management Conference, either party may file a motion to have the stay lifted, and the other party may oppose the motion.

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for March 27, 2014, be continued to a date in May 2014, or an alternative future date that is convenient to the Court.

- 3 -

| | |
|---|---|
| Dated: March 13, 2014 | /s/   Richard B. Megley, Jr. |

Raymond P. Niro (*pro hac vice*)
Dean D. Niro (*pro hac vice*)
Patrick F. Solon (*pro hac vice*)
Richard B. Megley, Jr. (*pro hac vice*)
Joseph A. Culig (*pro hac vice*)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Martin L. Fineman, (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ATTORNEYS for Plaintiff
ADC TECHNOLOGY, INC.

| | |
|---|---|
| Dated: March 13, 2014 | /s/   Nathan L. Walker (*with permission*) |

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

- 4 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference previously set for March 27, 2014 at 9:00 a.m. is hereby continued to May 29, 2014 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.  A joint CMC statement shall be filed by May 22, 2014.

Dated: March 25, 2014



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 5 -

Joint Stipulation And [Proposed] Order Regarding Continuance
of March 27, 2014 Case Management Conference
Case No. 3:11-cv-02136-EMC

**SIGNATURE ATTESTATION**

I, Richard B. Megley, Jr., hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 13, 2014, in Chicago, Illinois.

By: /s/Richard B. Megley, Jr.
Richard B. Megley, Jr.

- 6 -

Joint Stipulation And [Proposed] Order Regarding Continuance
of March 27, 2014 Case Management Conference
Case No. 3:11-cv-02136-EMC