Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker@wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADC TECHNOLOGY, INC. | Case No. 3:11-cv-02136-EMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MAY 29, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| PALM, INC., and HEWLETT-PACKARD COMPANY | **Civil L.R. 7-12** |
| Defendants. | |

1    The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm,

2 Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting

3 that the Court continue the Case Management Conference previously scheduled in this action for

4 May 29, 2014 for three weeks, to June 19, 2014, or an alternative future date that is convenient to the

5 Court.

6    Good cause exists for this requested continuance of the Case Management Conference, as set

7 forth below:

8    ▪ This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S.

9       Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361

10      (the "'361 patent") (collectively, the "patents-in-suit").

11   ▪ In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of

12      the three patents-in-suit.

13   ▪ In July 2011, defendant Palm filed a stipulated motion to stay this case pending final

14      determination of the reexamination of the patents-in-suit by the PTO.  (*See* Docket

15      No. 68.)  Plaintiff ADC stipulated to this stay motion.  (*Id.*)

16   ▪ On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his

17      action is stayed pending final determination of the reexamination of the patents-in-suit"

18      by the PTO.  (*See* Docket No. 70.)  In its order, the Court instructed the parties to advise

19      the Court when the PTO has issued a final determination on reexamination.  (*Id.*)  In

20      addition, the Court set a case management conference for a date in May 2012.  (*Id.*)

21   ▪ In 2012 and 2013, and in March 2014, defendant Palm and plaintiff ADC filed

22      stipulations requesting continuance of the case management conference, noting that there

23      has not yet been a final determination of the reexamination of all of the patents-in-suit

24      and indicating agreement that a continued stay in this action was appropriate.  (*See*

25      Docket Nos. 72, 74, 77, 82, 87.)  The Court granted these requests, and the case

26      management conference is currently set for May 29, 2014.  (*See* Docket Nos. 73, 75, 78,

27      81, 83, 84, 88.)

28

- 2 -

- Although the PTO issued a reexamination certificates for the '136, '361, and '605 patents in December 2011 and September 2013, the PTO initiated additional reexamination proceedings on the '136, '361, and '605 patents in July, November, and December 2012, respectively.  ADC represents that the PTO recently dismissed all of these additional reexamination proceedings and that there are no reexaminations proceedings pending with respect to ADC's asserted patents.

- Recently, ADC and Palm have engaged in more serious discussions in order to try and resolve the dispute.  The parties believe they need additional time to fully exhaust reasonable efforts to settle the case.

- The parties presently agree that the Case Management Conference should be continued to June 19, 2014, or an alternative future date that is convenient to the Court to allow the parties some brief additional time to try and settle the case without burdening the Court.

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for May 29, 2014, be continued to June 19, 2014, or an alternative future date that is convenient to the Court.

Dated: May 21, 2014                    /s/    Nathan L. Walker

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

1   Dated: May 21, 2014                    /s/   Richard B. Megley

2                                          Raymond P. Niro (*pro hac vice*)
                                           Dean D. Niro (*pro hac vice*)
3                                          Patrick F. Solon (*pro hac vice*)
                                           Richard B. Megley, Jr. (*pro hac vice*)
4                                          Joseph A. Culig (*pro hac vice*)
                                           NIRO, HALLER & NIRO
5                                          181 West Madison, Suite 4600
                                           Chicago, Illinois  60602
6                                          Telephone:  (312) 236-0733
                                           Facsimile:  (312) 236-3137
7
                                           Martin L. Fineman, (SBN 104413)
8                                          DAVIS WRIGHT TREMAINE LLP
                                           505 Montgomery St., Suite 800
9                                          San Francisco, California 94111-6533
                                           Telephone: (415) 276-6500
10                                         Facsimile: (415) 276-6599

11                                         ATTORNEYS for Plaintiff
                                           ADC TECHNOLOGY, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         - 4 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference previously set for May 29, 2014 at 9:00 a.m. is hereby continued to June __26__, 2014 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: <u>        5/27        </u>, 2014



_____
HEN
Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

1

## **SIGNATURE ATTESTATION**

2

I, Nathan L. Walker, hereby attest pursuant to General Order 45.X.B. that concurrence in the

3

electronic filing of this document has been obtained from the other signatory.  I declare under

4

penalty of perjury under the laws of the United States that the foregoing is true and correct.

5

Executed on May 21, 2014, in Palo Alto, California.

6

By:  _/s/  Nathan L. Walker_____

7

Nathan L. Walker

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28