Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
PALM, INC. and
HEWLETT-PACKARD COMPANY

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADC TECHNOLOGY, INC. | Case No. 3:11-cv-02136-EMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF JUNE 26, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| PALM, INC., and HEWLETT-PACKARD COMPANY | **Civil L.R. 7-12** |
| Defendants. | |

1    The parties to this action—plaintiff ADC Technology, Inc. ("ADC") and defendants Palm,
2  Inc. and Hewlett-Packard Co. (collectively, "Palm")—respectfully submit this stipulation, requesting
3  that the Court continue the Case Management Conference previously scheduled in this action for
4  June 26, 2014 for one week, to July 3, 2014, or an alternative future date that is convenient to the
5  Court.

6    Good cause exists for this requested continuance of the Case Management Conference, as set
7  forth below:

- This is a patent case in which the plaintiff, ADC, asserts three patents—namely, U.S. Patent Nos. 6,985,136 (the "'136 patent"), 7,057,605 (the "'605 patent") and 7,567,361 (the "'361 patent") (collectively, the "patents-in-suit").
- In mid-2011, pursuant to a third-party request, the PTO ordered reexamination of each of the three patents-in-suit.
- In July 2011, defendant Palm filed a stipulated motion to stay this case pending final determination of the reexamination of the patents-in-suit by the PTO. (*See* Docket No. 68.) Plaintiff ADC stipulated to this stay motion. (*Id.*)
- On July 25, 2011, the Court granted the stipulated stay motion and ordered that "[t]his action is stayed pending final determination of the reexamination of the patents-in-suit" by the PTO. (*See* Docket No. 70.) In its order, the Court instructed the parties to advise the Court when the PTO has issued a final determination on reexamination. (*Id.*) In addition, the Court set a case management conference for a date in May 2012. (*Id.*)
- In 2012 and 2013, and in March and May 2014, defendant Palm and plaintiff ADC filed stipulations requesting continuance of the case management conference, noting that there has not yet been a final determination of the reexamination of all of the patents-in-suit and indicating agreement that a continued stay in this action was appropriate. (*See* Docket Nos. 72, 74, 77, 82, 87, 89.) The Court granted these requests, and the case management conference is currently set for May 29, 2014. (*See* Docket Nos. 73, 75, 78, 81, 83, 84, 88, 90.)

- 2 -

Joint Stipulation And [Proposed] Order Regarding Continuance
of June 26, 2014 Case Management Conference
Case No. 3:11-cv-02136-EMC

- ADC represents that the PTO has dismissed all of reexamination proceedings on ADC's asserted patents and that there are no reexamination proceedings pending with respect to ADC's asserted patents.
- Recently, ADC and Palm have engaged in more serious discussions in order to try and resolve the dispute.  The parties believe they need additional time to fully exhaust reasonable efforts to settle the case.
- The parties presently agree that the Case Management Conference should be continued to July 3, 2014, or an alternative future date that is convenient to the Court to allow the parties some brief additional time to try and settle the case without burdening the Court.

In view of the foregoing, the parties respectfully request that the Case Management Conference previously set for June 26, 2014, be continued to July 3, 2014, or an alternative future date that is convenient to the Court.

Dated: June 19, 2014                                 /s/   Nathan L. Walker

    Mark D. Flanagan (SBN 130303)
    mark.flanagan@wilmerhale.com
    Nathan L. Walker (SBN 206128)
    nathan.walker @wilmerhale.com
    Christine Duh (SBN 228544)
    christine.duh@wilmerhale.com
    WILMER CUTLER PICKERING HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6101

    Attorneys for Defendants
    PALM, INC. and
    HEWLETT-PACKARD COMPANY

Dated: June 19, 2014                                 /s/   Richard B. Megley

    Raymond P. Niro (*pro hac vice*)
    Dean D. Niro (*pro hac vice*)
    Patrick F. Solon (*pro hac vice*)
    Richard B. Megley, Jr. (*pro hac vice*)
    Joseph A. Culig (*pro hac vice*)
    NIRO, HALLER & NIRO

- 3 -

Joint Stipulation And [Proposed] Order Regarding Continuance
of June 26, 2014 Case Management Conference
Case No. 3:11-cv-02136-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Martin L. Fineman, (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ATTORNEYS for Plaintiff
ADC TECHNOLOGY, INC.

- 4 -

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2     The Case Management Conference previously set for June 26, 2014 at 9:00 a.m. is hereby

3  continued to July ___3___, 2014 at ~~9:00~~ 9:30 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate

4  Avenue, San Francisco, California.

6  Dated: ___6/23___, 2014

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

- 5 -

**SIGNATURE ATTESTATION**

I, Nathan L. Walker, hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 19, 2014, in Palo Alto, California.

By:  /s/  Nathan L. Walker
       Nathan L. Walker