MARTIN L. FINEMAN, California State Bar No. 104413
DAVID WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO *(Admitted Pro Hac Vice)*
DEAN D. NIRO *(Admitted Pro Hac Vice)*
PATRICK F. SOLON *(Admitted Pro Hac Vice)*
RICHARD B. MEGLEY, JR. *(Admitted Pro Hac Vice)*
JOSEPH A. CULIG *(Admitted Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dniro@nshn.com
E-mail: solon@nshn.com
E-mail: culig@nshn.com
E-Mail: megleyjr@nshn.com

*Attorneys for Plaintiff*
ADC TECHNOLOGY, INC.

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADC TECHNOLOGY, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>PALM, INC., and<br>HEWLETT-PACKARD COMPANY<br><br>         Defendants. | **Case No. CV 11-02136 EMC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Plaintiff ADC Technology, Inc. and defendants Hewlett-Packard Company and Palm, Inc. hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned action and all claims asserted in the action may be and hereby are dismissed with prejudice in their entirety. Each party shall bear its own costs, expenses, and attorneys' fees.

1

1  The parties respectfully thank the Court for its work on this action.

2

3  Dated: June 24, 2014                     /s/    Richard B. Megley, Jr.

4                                           Raymond P. Niro (*pro hac vice*)
                                            Dean D. Niro (*pro hac vice*)
5                                           Patrick F. Solon (*pro hac vice*)
                                            Richard B. Megley, Jr. (*pro hac vice*)
6                                           Joseph A. Culig (*pro hac vice*)
                                            NIRO, HALLER & NIRO
7                                           181 West Madison, Suite 4600
                                            Chicago, Illinois  60602
8                                           Telephone:  (312) 236-0733
                                            Facsimile:  (312) 236-3137
9
                                            Martin L. Fineman, (SBN 104413)
10                                          DAVIS WRIGHT TREMAINE LLP
                                            505 Montgomery St., Suite 800
11                                          San Francisco, California 94111-6533
                                            Telephone: (415) 276-6500
12                                          Facsimile: (415) 276-6599

13                                          Attorneys for Plaintiff
                                            ADC TECHNOLOGY, INC.
14

15  Dated: June 24, 2014                    /s/    Nathan L. Walker (*with permission*)

16                                          Mark D. Flanagan (SBN 130303)
                                            mark.flanagan@wilmerhale.com
17                                          Nathan L. Walker (SBN 206128)
                                            nathan.walker @wilmerhale.com
18                                          Christine Duh (SBN 228544)
                                            christine.duh@wilmerhale.com
19                                          WILMER CUTLER PICKERING HALE AND
                                            DORR LLP
20                                          950 Page Mill Road
                                            Palo Alto, California 94304
21                                          Telephone:  (650) 858-6000
                                            Facsimile:  (650) 858-6101
22
                                            Attorneys for Defendants
23                                          HEWLETT-PACKARD COMPANY and
                                            PALM, INC.
24

25

26

27

28

2

Case NO. 11-02136-EMC
STIPULATION OF DISMISSAL WITH PREJUDICE

## SIGNATURE ATTESTATION

I, Richard B. Megley, Jr., hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2014, in Chicago, Illinois.

By: /s/ Richard B. Megley, Jr.
       Richard B. Megley, Jr.