MARTIN L. FINEMAN, California State Bar No. 104413
DAVID WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO *(Admitted Pro Hac Vice)*
DEAN D. NIRO *(Admitted Pro Hac Vice)*
PATRICK F. SOLON *(Admitted Pro Hac Vice)*
RICHARD B. MEGLEY, JR. *(Admitted Pro Hac Vice)*
JOSEPH A. CULIG *(Admitted Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dniro@nshn.com
E-mail: solon@nshn.com
E-mail: culig@nshn.com
E-Mail: megleyjr@nshn.com

*Attorneys for Plaintiff*
ADC TECHNOLOGY, INC.

[Additional counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADC TECHNOLOGY, INC. <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., and <br> HEWLETT-PACKARD COMPANY <br><br> Defendants. | **Case No. CV 11-02136 EMC** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff ADC Technology, Inc. and defendants Hewlett-Packard Company and Palm, Inc. hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned action and all claims asserted in the action may be and hereby are dismissed with prejudice in their entirety. Each party shall bear its own costs, expenses, and attorneys' fees.

1    The parties respectfully thank the Court for its work on this action.

3    Dated: June 24, 2014              /s/   Richard B. Megley, Jr.

Raymond P. Niro (*pro hac vice*)
Dean D. Niro (*pro hac vice*)
Patrick F. Solon (*pro hac vice*)
Richard B. Megley, Jr. (*pro hac vice*)
Joseph A. Culig (*pro hac vice*)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Martin L. Fineman, (SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff
ADC TECHNOLOGY, INC.

Dated: June 24, 2014              /s/   Nathan L. Walker (*with permission*)

Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Nathan L. Walker (SBN 206128)
nathan.walker @wilmerhale.com
Christine Duh (SBN 228544)
christine.duh@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101

Attorneys for Defendants
HEWLETT-PACKARD COMPANY and PALM, INC.

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## SIGNATURE ATTESTATION

I, Richard B. Megley, Jr., hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2014, in Chicago, Illinois.

By: /s/ Richard B. Megley, Jr.
　　　Richard B. Megley, Jr.